U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 29 2004
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
HOUMA DIVISION

| | | |
|---|---|---|
| **ROBERT P. FANGUY** **Plaintiff** | * | **CIVIL ACTION NO.** 04-1841 |
| | * | SECT. N MAG 3 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **PETRO-TOOL & SUPPLY COMPANY, INC.,** | * | |
| | * | |
| **Defendant** | * | **JURY TRIAL DEMANDED** |

*****************************************************************************

## COMPLAINT

**COMES NOW**, Robert P. Fanguy, Plaintiff in the above styled cause who files this its Original Complaint, and would respectfully show unto the Court the following:

## PARTIES

1.

Plaintiff, Robert P. Fanguy, ("FANGUY") is a person of full age and majority, residing at 3507 Captain Cade Road, Broussard, Louisiana 70518.

2.

Defendant, Petro-Tool & Supply Company, Inc. ("Petro"), is a corporation duly organized and existing under the laws of the State of Louisiana, having its domiciliary address at 4821 Highway 182, Houma, Louisiana 70364.

## JURSIDCTION AND VENUE

3.

This is an action for patent infringement pursuant to 35 U.S.C. §271 and/or 28 U.S.C. § 1331. Jurisdiction in this action is based on 28 U.S.C. §§ 1331 and/or 1338 and principles of pendent jurisdiction, and venue is proper pursuant to 28 U.S.C. §§ 1400(b) and 1391(c).

Fee $150.00
✓ Process
X Dktd
CtRmDep
Doc. No. 1

## FACTUAL BACKGROUND

4.

Defendant, Petro is in the business of providing oil field related tools and supplies.

5.

On January 27, 2004, U.S. Patent No. 6,681,894 (the "Patent") was issued to Fanguy, for an invention entitled "*Portable Well Head Work Platform*" (A copy of this Patent is attached, made a part hereof and labeled Exhibit P-1). Since the date that the Patent issued, Fanguy has been and still is the owner of the Patent.

6.

Defendant, Petro is manufacturing, selling and using products and methods embodying the claims of the Patent, and will continue to do so unless enjoined by this Court.

## CLAIMS FOR RELIEF

7.

By continuing to make, use and sell the infringing products and methods, Defendant, Petro is infringing the Patent pursuant to 35 U.S.C. § 271(a), inducing infringement pursuant to 35 U.S.C. § 271(b) and committing contributory infringement pursuant to 35 U.S.C. § 271(c).

8.

Plaintiff has previously given written notice to the Defendant, Petro of this infringement on numerous occasions. However, Defendant, Petro has chosen to ignore these notices and continues to willfully and intentionally infringe the Patent in suit. (A copy of the written notices are attached, made a part hereof and labeled in globo as Exhibit P-2).

9.

By the above-described acts, Defendants have caused or will probably cause Plaintiff to suffer damages in an amount to be shown at the trial of this cause.

10.

Plaintiff hereby demands trial by jury of all issues pursuant to Fed. R. Civ. P. 38(b).

**WHEREFORE**, premises considered, Plaintiff prays for the following relief:

(a) An accounting of damages suffered by the Plaintiff as a consequence of the Defendants' infringement of the Patent in suit, and an award to the Plaintiff of those damages together with all appropriate interest assessed thereon;

(b) An increase of these damages up to three times the amount determined by the accounting, pursuant to 35 U.S.C. § 284 due to the Defendants' willful infringement of the patent in suit;

(c) An award of reasonable attorneys fees pursuant to 35 U.S.C. § 285;

(d) An award of all appropriate pre- and post- judgment interests and costs of this action to the Plaintiff;

(e) The entry of a permanent injunction enjoining the Defendants and those employed by, controlled by and in privity with the Defendants from any further infringement of the Patent in suit; and

(f) All such further relief as the Court may deem just and proper.

Respectfully Submitted,

WILLIAM W. STAGG – 1613
MICHAEL J. VALLAN – 27670
Durio, McGoffin, Stagg & Ackermann
220 Heymann Boulevard (70503)
P.O. Box 51308
Lafayette, Louisiana 70505-1308
337-233-0300
337-233-0694 – Fax
*Attorneys for Robert P. Fanguy*

**VERIFICATION**

I, **ROBERT P. FANGUY**, represent that the terms and conditions of the foregoing Complaint has been read to me and explained to me by my attorney, and that I fully understand and agree to the terms and conditions of the foregoing Complaint of my own free will.

**ROBERT P. FANGUY**

SWORN TO AND SUBSCRIBED BEFORE ME THIS 25th DAY OF JUNE, 2004.

NOTARY PUBLIC

# SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED

