FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 14  AM 11: 04

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
HOUMA DIVISION

| | | |
|---|---|---|
| **ROBERT P. FANGUY** | * | CIVIL ACTION NO. 04-1841 |
| Plaintiff | * | SECTION "N" |
| | * | |
| VERSUS | * | CONSOLIDATED WITH |
| | * | CIVIL ACTION NO. 05-779 |
| | * | |
| | * | HON. KURT ENGELHART |
| **PETRO-TOOL &** | * | MAGISTRATE JUDGE KNOWLES, III |
| **SUPPLY COMPANY, INC.,** | * | |
| Defendant | * | JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' FIRST AMENDED MAY CALL WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **ROBERT P. FANGUY and SUPREME SERVICE & SPECIALTY COMPANY, INC.** who does hereby state its first amended witness and exhibit list as follows:

## MAY CALL WITNESSES

1. **Robert P. Fanguy** – Lafayette, Louisiana; plaintiff and patentee of the patent in suit.

2. **Robert Montgomery** – Lafayette, Louisiana; patent agent who prepared the patent application that resulted in the patent in suit.

3. **Thomas Fanguy** – Lafayette, Louisiana; co-owner of Plaintiff company, Supreme Services & Specialty Company, Inc.

4. **Freddy Bourgeois** – Houma, Louisiana, comptroller for Supreme Service & Specialty Company.

5. **Timothy Brewer, Sr.** – Houma, Louisiana; President of Petro-Tool & Supply Company, Inc.

6. **Timothy Brewer, Jr.** – Houma, Louisiana; Vice-President of Petro-Tool & Supply Company, Inc.

7. **Larry Whatley** – Houma, Louisiana; employee and General Manager of Petro-Tool & Supply Company, Inc.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

8.  **Wayne Broussard** – Houma, Louisiana; employee of Petro-Tool & Supply Company, Inc.

9.  **Alexander Sas-Jaworsky** – Houston, Texas; plaintiff's patent infringement expert.

10. **Will Carrington Heath, Ph.D.** – Lafayette, Louisiana; plaintiff's damages expert.

11. **Maureen Francis** – Houma, Louisiana; employee of Petro-Tool & Supply Company, Inc.

12. **Clark Hebert** – Houma, Louisiana; employee of Petro-Tool & Supply Company, Inc., who will testify as to invoicing and billing matters.

13. **Dwayne Chauvin** – Houma, Louisiana; employee of Petro-Tool & Supply Company, Inc., who will testify as to quality assurance, quality control and purchasing matters.

14. **Louis Routier** – Houma, Louisiana; engineer who approved the design of the Petro-Tool & Supply Company, Inc. platform.

15. **Glynn S. Lunney** – New Orleans, Louisiana, defendant's patent infringement expert.

16. **Mike Neely** – Houma, Louisiana; former employee of Petro-Tool & Supply Company, Inc., who upon information and belief, fabricated the Petro-Tool & Supply Company, Inc. platform.

17. **Michael James Darnall** – Lafayette, Louisiana; former employee of Petro-Tool & Supply Company, Inc.

18. **Toby Gautreaux** – Houma, Louisiana; former employee of Petro-Tool & Supply Company, Inc.

**EXHIBIT LIST**

1.  Blue Ribbon, official certified copy of United States Patent No. 6,681,894.

2.  Blue Ribbon, official certified copy of the patent file wrapper for United States Patent No. 6,681,894.

3.  Summary of the income derived from United States Patent No. 6,681,894, prepared by Supreme Service & Specialty Company.

4. Supporting invoices for the summary of the income derived from United States Patent No. 6,681,894, prepared by Supreme Service & Specialty Company.

5. Summary of income derived from the Petro-Tool work basket.

6. Supporting invoices for the summary of the income derived from the Petro-Tool work basket.

7. Photograph of coiled tubing injector head on top of a work basket, identified as Exhibit Exhibit 5 of Robert P. Fanguy's deposition.

8. Photograph of personnel work platform, identified as Exhibit 6 of Robert P. Fanguy's deposition.

9. Photograph of double-studded adaptor spool, identified as Exhibit 7 of Robert P. Fanguy's deposition.

10. Photograph of snubbing windows, identified as Exhibit 8 of Robert P. Fanguy's deposition.

11. Photograph of bottom of work basket, identified as Exhibit 9 of Robert P. Fanguy's deposition.

12. Photograph of Petro-Tool platform, identified as Exhibit 10 of Robert P. Fanguy's deposition.

13. Letter to Petro-Tool & Supply Company, Inc. dated 03/03/04, re: possible infringement.

14. Letter to Petro-Tool & Supply Company, Inc. dated 04/15/04, re: possible infringement.

15. Letter to Petro –Tool & Supply Company, Inc. dated 05/25/04, re: possible infringement.

16. Articles of Incorporation of Supreme Services & Specialty Company, Inc.

17. Initial Report of Supreme Services & Specialty Company, Inc.

18. Expert damages report of Dr. Will Carrington Heath.

19. Revised expert damages report of Dr. Will Carrington Hearth.

20. Supreme Services work basket revenue spreadsheet, identified as Exhibit 6 of Will Carrington Heath's deposition.

21. Email from Freddy Bourgeois to Will Carrington Heath, identified as Exhibit 7 of Will Carrington Heath's deposition.

22. Expert infringement report of Mr. Alexander Sas-Jaworsky, P.E.

23. All exhibits and photographs identified during the deposition of Glynn Lunney.

24. All exhibits and photographs identified during the deposition of Louis Routier.

25. Any exhibit listed by any other party.

Respectfully Submitted,

_____
WILLIAM W. STAGG – 1613
MICHAEL J. VALLAN – 27670
Durio, McGoffin, Stagg & Ackermann, P.C.
220 Heymann Boulevard
P.O. Box 51308
Lafayette, Louisiana  70503
337-233-0300
337-233-0694 – Fax
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this day been forwarded to Mr. Joseph N. Mole, Frilot, Partridge, Kohnke & Clements, L.C., 3600 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163-3600 by:

_____ Telefacsimile transmission;

__X__ United States Mail, postage prepaid and properly addressed;

_____ Certified Mail Return Receipt Requested;

_____ Hand delivery

Lafayette, Louisiana, this 11th day of November, 2005.

WILLIAM W. STAGG – 1613
MICHAEL J. VALLAN – 27670