MINUTE ENTRY
KNOWLES, M.J.
JANUARY 4, 2006

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT P. FANGUY | CIVIL ACTION |
| VERSUS | NO. 04-1841 |
| PETRO-TOOL & SUP., ET AL | SECTION "N" (3) |

A settlement conference in the above matter was conducted this date.

PRESENT:   Joe Mole
Larry Whatley
Bill Stagg

Following discussions among the parties, the above-captioned case has settled. The settlement was read into the record in open court on January 4, 2006. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

MJSTAR(2.0)

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____